

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-12-00998-CR

Trial Court Cause
Number:      1294334

Style:      Joaquin Carlon

     **v** The State of Texas

Date motion filed[*]:      April 1, 2013

Type of motion:      Motion for Extension of Time to File Pro Se Anders Response and Request for Record

Party filing motion:      Appellant

Document to be filed:      Anders Response

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      May 1, 2013

     Number of previous extensions granted:    0

     Date Requested:      July 1, 2013

Ordered that motion is:

     ☒ Granted

         If document is to be filed, document due: July 1, 2013

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other: The Clerk of this Court is directed to send a copy of the record to appellant.

Judge's signature: /s/ Sherry Radack

     ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: April 18, 2013